UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| CARLOS JAVIER BERRIOS-QUINONES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:22-cv-01111-JAW |
| | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., *et al.* | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the Order on Motions for Summary Judgment entered on 11/3/2026 (Docket Entry No. 123), granting Universal's Motion for Summary Judgment and dismissing as moot Samsung and Costco's Motion for Summary Judgment, the Court enters judgment DISMISSING this action for lack of federal jurisdiction. This case is now closed for statistical purposes.

SO ORDERED.

Dated this 4th day of November, 2026

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE